AO 91 (Rev. 11/11) Criminal Complaint

# UNITED STATES DISTRICT COURT
for the
District of New Mexico

| | |
|---|---|
| United States of America<br>v.<br>Alexander Jay Mendiola<br><br>*Defendant(s)* | ) ) ) ) ) ) ) Case No. 23-305 MJ |

## CRIMINAL COMPLAINT

I, the complainant in this case, state that the following is true to the best of my knowledge and belief.
On or about the date(s) of __02/15/2023__ in the county of __Doña Ana__ in the __State and__ District of __New Mexico__, the defendant(s) violated:

| Code Section | Offense Description |
|---|---|
| 8 USC § 1324(a)(1)(A)(v)(I) | Conspiracy to transport illegal aliens |
| 8 USC § 1324(a)(1)(A)(ii) | Transporting illegal aliens |

This criminal complaint is based on these facts:

☐ Continued on the attached sheet.

*L. Echels*
Complainant's signature

Lyndon Echels, HSI Special Agent
Printed name and title

Sworn to ~~before me and signed in my presence.~~ by telephone

Date: 02/17/2023

*Kevin Sweazea*
Judge's signature

City and state: Las Cruces, New Mexico     United States Magistrate Judge
Printed name and title

## AFFIDAVIT IN SUPPORT OF A CRIMINAL COMPLAINT

I, Lyndon Echels, having first been duly sworn, hereby depose and state as follows:

### INTRODUCTION

1. I am a Special Agent with Homeland Security Investigations (HSI) and have been so employed since January 2022. I am currently assigned to HSI's Deming, New Mexico office. My primary responsibilities include investigating criminal violations of the United States Code in the district of New Mexico. My experience in this position has included but is not limited to interviewing suspects, witnesses, and victims; executing arrests; collecting and processing evidence; analyzing records; and completing hundreds of hours of training in these topics and others, such as immigration law and criminal law.

2. I submit this affidavit in support of a criminal complaint charging Alexander J. MENDIOLA with violating 8 USC § 1324(a)(1)(A)(v)(I) by engaging in a conspiracy to transport illegal aliens in violation of 8 USC § 1324(a)(1)(A)(ii).

3. The statements contained herein are based on my personal knowledge and observations; information provided to me by other law enforcement; lawfully obtained evidence; reviews of various documents, records, and reports; and interviews conducted by law enforcement.

4. Because I am submitting this affidavit for the limited purpose of establishing probable cause, it does not include every fact I know concerning the investigation. I have only set forth the facts I believe are necessary to establish probable cause.

5. Unless otherwise noted, all references herein to times and dates are approximate, and all references herein to document contents and the statements of others are reported in substance and in part only.

## STATEMENT OF PROBABLE CAUSE

6. On February 14, 2023, HSI Deming received notification that MENDIOLA was stopped by Hatch, NM Police Department for a traffic violation in the parking lot of the Circle K convenience store in Hatch, NM. At the time of the traffic stop, MENDIOLA, displayed nervousness and hesitated presenting identification to the Hatch Police Dept. Officer. MENDIOLA eventually presented a New Mexico state driver license and verbally consented to have his vehicle searched.

7. Upon searching the vehicle, ten additional passengers were found inside the cab of the semi-truck. Upon further questioning of the passengers, none of the passengers possessed documentation to be legally in the United States. At that time the passengers were determined to be Undocumented Non-citizens (UNCs) and United States Border Patrol (USBP) and Homeland Security Investigations (HSI) Special Agents (SAs) Lyndon Echels and Angelica Bautista was notified and responded to the incident.

1. MENDIOLA was subsequently arrested, and SA Lyndon Echels verbally read his Miranda Rights in the English language. MENDIOLA waived his right to have an attorney present prior to being interview by HSI SA Lyndon Echels. During questioning, MENDIOLA admitted to having prior knowledge the ten passengers in his vehicle were UNCs prior to traveling to Hatch, NM. MENDIOLA state he would be paid $500 per person when delivered to their destination in Albuquerque, NM. MENDIOLA stated he was communicating with another individual involved in the human smuggling operation. MENDIOLA stated this individual determined the amount of payment for transporting the UNCs and the locations to deliver the UNCs. MENDIOLA stated the primary method of communication with this individual was his personal cellular telephone.

2. On January 10, 2023, MENDIOLA was apprehended by USBP Deming, NM for being the principal driver of vehicle transporting four UNCs coming from Columbus, NM. MENDIOLA was arrested by USBP for violating 8 USC § 1324(a)(1)(A)(v)(I) and 8 USC § 1324(a)(1)(A)(ii), but federal prosecution was deferred by the Assistant United States Attorney Office (AUSA) of New Mexico.

## CONCLUSION

3. Based on the above information, I respectfully submit that there is probable cause to believe that MENDIOLA violated 8 USC § 1324(a)(1)(A)(v)(I) by engaging in a conspiracy to transport illegal aliens in violation of 8 USC § 1324(a)(1)(A)(ii).

Prosecution of Alexander MENDIOLA was approved by AUSA Renee Camacho.

_L. Echels_
Lyndon Echels
Special Agent
Homeland Security Investigations

by telephone
Subscribed and sworn ~~before me~~ this 17th day of February 2023.

_[signature]_
U.S. Magistrate Judge

3